KENNETH DOYLE, an Infant, by His Guardian ad Litem, KENNETH V. DOYLE, Respondent, v. WILLARD C. MATTERN et al., Appellants.—

Memorandum: The questions as to plaintiff's freedom from contributory negligence and defendants' negligence were for the jury and the

evidence sustains the jury's finding. All concur. (Appeal from a judgment for plaintiff in an automobile negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.